```
                                                        ____FILED      ____ENTERED
                                                        ____LODGED     ____RECEIVED

            IN THE UNITED STATES DISTRICT COURT              JUL 2 6 2002
                FOR THE DISTRICT OF MARYLAND
                                                           AT BALTIMORE
                                                      CLERK U.S. DISTRICT COURT,
                                                        DISTRICT OF MARYLAND
                                                                                DEPUTY
```

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | * | | BY |
| **Plaintiff** | | | |
| | * | | |
| vs. | | Civil No.: AMD 02-2144 | |
| | * | | |
| **GINA Y. JORDAN, M.D.,** | | | |
| **Defendant** | * | | |

\*\*\*\*\*\*

## SCHEDULING ORDER

Defendant has filed an answer to Plaintiff's complaint. The Defendant is proceeding <u>pro se</u> (representing herself). The following schedule shall control the progress of the case:

### I. Discovery

All depositions and other discovery shall be completed by <u>December 13, 2002</u>. Interrogatories (a series of written questions to be answered in writing under oath) and requests for production of documents must be served on the opposing party sufficiently early to insure that they are answered prior to this discovery deadline.[1]

### II. Status Report

The parties shall file by <u>December 13, 2000</u>, a status report discussing: (1) whether or not discovery has been completed; (2) whether or not any motions are pending; (3) whether or not any party intends to file motions; (4) the anticipated length of trial; and (5) the possibility that the case will be settled.

### III. Summary Judgment Motions

All motions for summary judgment shall be filed on or before <u>January 13, 2003</u>. These

---

[1] Local Rule 104.5 requires that discovery requests are <u>not</u> to be filed with this Court.

U.S. District Court (Rev. 1/2000) - Scheduling Order,
Pro Se Litigant (Long Form)



motions, along with any supporting papers, are filed by either party that chooses to do so asserting that there is no genuine dispute of material fact in regard to the claims before this Court. After motions and responses to those motions have been filed, the Court will advise the parties if a hearing is to be scheduled.

## IV. Changes in Schedule

No changes in the schedule set forth herein will be permitted, unless authorized by the Court for good cause shown.

## V. Service Requirement

All papers filed with the Court other than the original complaint must bear a certificate of service by the pro se party stating that each of the parties has been sent a copy of that paper by mail.

The Clerk of the Court SHALL MAIL a copy of this Order to the defendant pro se and to plaintiff's counsel.

Filed: July 26, 2002

_____
Andre M. Davis
United States District Judge