IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. AMD-02-2144 |
| GINA Y. JORDAN, M.D., | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION FOR CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby agrees to the entry of a consent judgment in the sum of $298,976.87 plus post judgment interest at the legal rate thereafter until paid in full.

3. The defendant shall make payments on the sum referenced in paragraph 2 over a thirty (30) year period, as set forth in an amortization schedule which will be provided to plaintiff prior to her first payment. The first payment shall be made in March, 2003. Payments will continue thereafter until the judgment is paid in full.

4. The defendant shall submit her payments to the U.S. Department of Justice, c/o the Financial Litigation Unit, United States Attorney's Office, Room 6625, 101 West Lombard Street, Baltimore, Maryland 21201.

1



5. If the defendant fails to make any payment required by paragraph 3, the United States may take any and all steps to execute on the entire remaining balance of this judgment plus re-institute prejudgment interest in the amount of $446,771.79, plus additional prejudgment interest from January 31, 2002 to the date of judgment, and post judgment interest at the legal rate thereafter until paid in full.

6. This judgment will be recorded among the records of the Circuit Court in the County of residence of the defendant (or Baltimore City), and all courts of any other jurisdiction where the defendant may own real or personal property.

7. The defendant shall submit financial data to the plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding. Based on the information disclosed in said financial disclosure form and defendant's financial status, plaintiff reserves the right to increase the amount of defendant's monthly payments.

8. Costs shall be paid by the defendant.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____
Nadira Clarke
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4800

_/s/ Gina Jordan_
Gina Jordan

_____
1144 Oakmoor Court
Baltimore, Maryland 21227

(410) 536-7187
Defendant's Phone

APPROVED THIS 10th DAY OF Feb., 2003

_/s/ Andre M. Davis_
ANDRE M. DAVIS
U.S. DISTRICT COURT JUDGE